LILIAN G. TSANG (SBN 260460)
STAFF ATTORNEY
DAVID BURCHARD, CHAPTER 13 TRUSTEE
393 VINTAGE PARK DRIVE, SUITE 150
FOSTER CITY, CA 94404
Tel:   (650) 345 – 7801 x 116
Fax:   (650) 345 – 1514
Email: LilianT@burchardtrustee.com

Attorney for David Burchard
Chapter 13 Trustee, Appellee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Case No. 14-CV-03475-VC |
| **EDWARD STARSKI** | Bankruptcy Case No. 13-1-0067 AJ |
| Debtor. | Chapter 13 |
| | Assigned to the Honorable Vince Chhabria |
| **EDWARD STARSKI** | On Appeal From |
| Appellant, | United States Bankruptcy Court Northern District of California Santa Rosa Division |
| vs. | |
| **DAVID BURCHARD, CHAPTER 13 TRUSTEE** | |
| Appellee. | |

**<u>APPELLEE'S MOTION FOR ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH SCHEDULING ORDER</u>**

AND ORDER

1.      Pursuant to this Court's Scheduling Order dated July 31, 2014, Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, Appellant must serve and file a brief no later than 28 days after the record on appeal has been entered on the District Court docket.  (Docket no. 2.)

2.      Pursuant to Fed. R. Bankr. P. 8006, Appellant shall file and serve a designation of the items to be included in the record on appeal and a statement of the issues to be presented.

3.      Notice of Appeal was entered on the District Court docket on July 31, 2014. (Docket no. 1.)

4.      More than 28 days have elapsed.

5.      To date, Appellant has not timely prosecuted this appeal.  (See, PACER.) Appellant has failed to file a brief as required by the Scheduling Order, Fed. R. Bankr. P. 8010, and B.L.R. 8010-1.  Additionally, Appellant has failed to designate the record on appeal or file a statement of issues as required by Fed. R. Bankr. P. 8006.

6.      Therefore, Appellee requests an Order dismissing this instant appeal.

Respectfully submitted.

Date:  September 24, 2014

/s/ Lilian G. Tsang
Lilian G. Tsang, Staff Attorney for
David Burchard, Chapter 13 Trustee

Date: November 6, 2014



GRANTED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA